IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH TAGGART | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM MAHON, et al. | : | NO. 25-7407 |

ORDER

AND NOW, this 30th day of July 2026, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of the defendant County of Bucks to dismiss plaintiff's amended complaint (Doc. # 18) is GRANTED;

(2) the motion of the defendant Deutsche Bank National Trust Company to dismiss plaintiff's amended complaint (Doc. # 19) is GRANTED; and

(3) the motion of the defendants William Mahon, Benjamin Kohler, John Doe and/or Jane Doe Justice Defendants of the Superior Court of Pennsylvania and John Doe and/or Jane Doe Justice Defendants of the Bucks County Court of Common Pleas to dismiss plaintiff's amended complaint (Doc. # 20) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.